**Dismissed and Memorandum Opinion filed April 2, 2015.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-15-00117-CR

**STACEY B. LOVINGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1432514**

## M E M O R A N D U M   O P I N I O N

This attempted appeal is from the denial of a motion to quash an indictment. Such an order is not appealable prior to conviction. *See Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *Ahmad v. State*, 158 S.W.3d 525 (Tex. App.—Fort Worth 2004, pet. ref'd). Accordingly, we dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.

Do Not Publish – Tex. R. App. P. 47.2(b)